IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01221-BNB

ERIC B. BARNEY JR.,

    Plaintiff,

v.

BROOMFIELD COUNTY JAIL ADMINISTRATION,
CLASSIFICATION COMMITTEE, and
JANE OR JOHN DOE OFFICER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 7 2006

GREGORY C. LANGHAM
                  CLERK

## ORDER DISMISSING CASE

On July 11, 2006, Plaintiff Eric B. Barney Jr., filed a "Motion Requesting Dismissal of Civil Action, No. 06-CV-01221-BNB." In the Motion, Plaintiff asks that the Court dismiss the instant action because the claims and named defendants in the instant action are the same as the claims and named defendants in Case No. 06-cv-01221-BNB. Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1) and dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.

*See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of July 11, 2006. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the *Motion Requesting Dismissal* is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of July 11, 2006, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 14 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01221-BNB

Eric B. Barney, Jr.
Prisoner No. 1485165
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/17/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk